UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEVATION HEALTH LLC,

                              Plaintiff,

                -v-

SUN GROUP PARTNERS LLC,

                              Defendant.

22 Civ. 10155 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On March 17, 2023, the Court ordered plaintiff Elevation Health LLC ("Elevation Health") to file a letter explaining why its service by certified mail on defendant Sun Group Partners LLC ("Sun Group"), a limited liability company, was proper. Dkt. 9. Elevation Health has since filed affidavits of service indicating that service was made on a person of suitable age and discretion at the residence of defendant's CEO, *see* Dkt. 10, and through the Florida Secretary of State, *see* Dkt. 11. Elevation Health also states that it has had "continued communication" with defendant's CEO, indicating his awareness of this case. *See* Dkt. 12.

        The Court is satisfied that Sun Group has been properly served pursuant to Federal Rule of Civil Procedure 4(e) and (h) and respectfully directs the Clerk of Court to issue a certificate of default. Any motion for default judgment must be filed in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 1, 2023
       New York, New York

2