UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELEVATION HEALTH LLC.,

                Plaintiff,                      22 **CIVIL** 10155(PAE)(VF)

      -against-                        **JUDGMENT**

SUN GROUP PARTNERS LLC.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2025, the Court adopts the Report in full, save to make a minor calculative correction to pre-judgment interest. The Court holds that Elevation Health is entitled to collect from Sun Group: (1) $759,698.63 in breach-of-contract damages, plus a 6% per annum default interest rate for the total interest amount of $106,024.79 as of 2/24/2025, (2) post-judgment interest pursuant to 28 U.S.C. § 1961, and (3) $8,464 in reasonable attorney's fees and costs.

**Dated:** New York, New York

      February 24, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                              **BY:**
                                                      _____
                                                          **Deputy Clerk**